**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.V. COLEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN, DEBIE ASUNCION,<br>ET AL.,<br>　　　　Defendants. | NO. CV 17-4525-MWF(E)<br><br><br><br>JUDGMENT |

IT IS ADJUDGED that: (1) Plaintiff's constitutional claims are dismissed without leave to amend and with prejudice; and (2) Plaintiff's state law claims are dismissed without leave to amend but without prejudice.

DATED: April 5, 2018.

_____
　　　MICHAEL W. FITZGERALD
　　UNITED STATES DISTRICT JUDGE